**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ESPERANZA RAMIREZ,** | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 4:15-CV-00651-** |
| | § | **ALM-CAN** |
| **SAFECO INSURANCE COMPANY** | § | |
| **OF INDIANA, RANDALL BYRD AND** | § | **JURY** |
| **ANTHONY HARRIS,** | § | |
| *Defendants*. | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Notice of Settlement, and respectfully notify the Court as follows:

1) On April 7, 2016, Plaintiff and Defendants entered into an agreement to settle this case.

2) The parties will circulate a Settlement Agreement which is anticipated to be signed by all parties within 60 days, if not before. The parties anticipate that the Agreed Stipulation of Dismissal with Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

/s/ *Gregory F. Cox*
Gregory F. Cox
State Bar No. 00793561
Federal Bar No. 719613
6280 Delaware Street
Beaumont, TX 77706
(409) 832-2777 (Office)
(409) 832-2703 (Facsimile)

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic filing pursuant to the Federal Rules of Civil Procedure on this the 7th day of April, 2016.


                                         /s/ *Gregory F. Cox*
                                         Gregory F. Cox