IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ESPERANZA RAMIREZ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| SAFECO INSURANCE COMPANY OF INDIANA, RANDALL BYRD, and ANTHONY HARRIS | § § § § § | CASE NO. 4:15-cv-00651 |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Esperanza Ramirez and Defendants Safeco Insurance Company of Indiana, Randall Byrd and Anthony Harris (collectively, the "Parties") file this *Joint Motion to Dismiss with Prejudice* and respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed in its entirety with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Esperanza Ramirez and Defendants Safeco Insurance Company of Indiana, Randall Byrd and Anthony Harris respectfully request that the above-styled and numbered case be dismissed in its entirety with prejudice to the re-filing of same with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,

*/s/ Gregory F. Cox*

Gregory Cox
SBN 00793561
**MOSTYN LAW FIRM**
6280 Delaware Street
Beaumont, Texas 77706
Telephone: (409) 832-2777
Facsimile: (409) 832-2703
gfcox@mostynlaw.com

**ATTORNEYS FOR PLAINTIFF ESPERANZA RAMIREZ**

MARK D. TILLMAN
State Bar No. 00794742
DANIEL C. SCOTT
State Bar No. 24051316
**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: 214.492.5720
Facsimile: 214.492.5721
mark.tillman@tb-llp.com
dan.scott@tb-llp.com

**ATTORNEYS FOR DEFENDANTS SAFECO INSURANCE COMPANY OF INDIANA, RANDALL BYRD, and ANTHONY HARRIS**

Respectfully Submitted,

_____
Gregory Cox
SBN 00793561
**MOSTYN LAW FIRM**
6280 Delaware Street
Beaumont, Texas 77706
Telephone: (409) 832-2777
Facsimile: (409) 832-2703
gfcox@mostynlaw.com

**ATTORNEYS FOR PLAINTIFF ESPERANZA RAMIREZ**

*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
DANIEL C. SCOTT
State Bar No. 24051316
**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: 214.492.5720
Facsimile: 214.492.5721
mark.tillman@tb-llp.com
dan.scott@tb-llp.com

**ATTORNEYS FOR DEFENDANTS SAFECO INSURANCE COMPANY OF INDIANA, RANDALL BYRD, and ANTHONY HARRIS**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the **Joint Motion to Dismiss with Prejudice** has been forwarded to Plaintiff's counsel of record, as identified below, via electronic means and/or facsimile, on the 18th day of May, 2016, in accordance with the Federal Rules of Civil Procedure:

Gregory Cox
**MOSTYN LAW FIRM**
6280 Delaware Street
Beaumont, Texas 77706
Telephone: (409) 832-2777
Facsimile: (409) 832-2703
gfcox@mostynlaw.com

                                                  */s/ Mark D. Tillman*
                                                  Mark D. Tillman