# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ESPERANZA RAMIREZ | § | |
| | § | |
| v. | § | Civil Action No.  4:15-CV-00651 |
| | § | (Judge Mazzant/Judge Nowak) |
| SAFECO INSURANCE COMPANY OF | § | |
| INDIANA, RANDALL BYRD, AND | § | |
| ANTHONY HARRIS | § | |

### <u>ORDER OF DISMISSAL</u>

Came on to be considered this day the Joint Motion to Dismiss with Prejudice (Dkt. #20) jointly filed in this cause by Plaintiff Esperanza Ramirez ("Plaintiff") and Defendants Safeco Insurance Company of Indiana, Randall Byrd, and Anthony Harris ("Defendants") (collectively, the Parties").  After considering the Joint Motion to Dismiss with Prejudice, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants are hereby dismissed with prejudice.  Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 23rd day of May, 2016.**

_AMOS L. MAZZANT_
UNITED STATES DISTRICT JUDGE